Hon. James Orenstein, USMJ
United States Court House
Eastern District of New York
Eat Plaza 225 CANDAME
Brooklyn NY 11201

case: Mehmeti v. Jofaz 12-Cv-5880 (JLG)

Dear Honorable Magistrate Judge Orenstein

On April 1, 2014, the lawyer Ambroos Wotorson
Send me e-mail three times.

1- To the first e-mail he wrote me :
We had a conference this morning regarding your letter. Were you aware of it? Please call me or the court. My number is 646-242-3227

2- To the second e-mail he wrote me:
Were you aware that we have a conference regarding your letter? Call me please, asap

3- To the third e-mail he wrote me:
Please call me.
You have to attend a conference next Monday, 4-7-14 with the Judge regarding your letter requesting that you be given time to get a new attorney.

accentuate: I am responding to three e-mail-he does not give answers

I call back he not answers

I do not understand him lawyer ( Ambroos Wotorson ) why does so :

expect the court to take a decision, and I would find another lawyer

for any information please contact me: E-Mail - mehmeti@contractor.net
or phone number 347-785-2426

Thank you
respectfully
Subi Mehmeti     brooklyn 04/07/2014