**The Clerk's Office:**

United States District Court Eastern District of New York

225 Cadman Plaza East Brooklyn, NY 11201

---

RECEIVED
NOV 13 2024
PRO SE OFFICE

**Re: Submission of Plaintiff's Petition for Writ of Mandamus Case No.: 12-cv-05880 (ILG) (JO)**

**Dear Pro Se Clerk,**

Enclosed please find my Plaintiff's Petition for Writ of Mandamus in the above-referenced case. I respectfully request your assistance in processing this submission.

Thank you for your attention to this matter.

Sincerely, **Subi Mehmeti**

Dated: November 7, 2024

**Plaintiff;** SUBI MEHMETI

Subi Mehmeti

Address: 4520 12 Avenue Apt. B4
Brooklyn New York
Zip Code 11219-2252
Telephone: (929) 647 6625
E-mail : mehmetisubi2017@gmail.com