**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

**Author: Jamie S. Felsen - Partner**
**Direct E-Mail Address: jamiefelsen@mllaborlaw.com**
**Direct Dial: (516) 303-1391**

**Via ECF**

November 27, 2024

Hon. I. Leo Glasser, U.S.D.J.
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Subi Mehmeti v. Jofaz Transportation, Inc.**
**12-CV-5880 (ILG)(JO)**

Dear Judge Glasser:

This firm represented the Defendant, Jofaz Transportation, Inc., in the above-referenced closed matter.

Today, plaintiff, Subi Mehmeti filed a "writ of mandamus to reconsider [the Court's May 22, 2015] decision" granting defendant's motion for summary judgment. This motion is more than nine (9) years too late. Moreover, the Second Circuit denied Mr. Mehmeti's appeal many years ago.

Moreover, Mr. Mehmeti's filing violates Judge Kuntz's March 19, 2023 Order in case number 22-cv-02016 (WFK)(LB) barring Mr. Mehmeti from filing any additional actions in this court related to his 2012 termination. See case number 22-cv-02016, ECF Docket Entry 29.

Accordingly, Mr. Mehmeti's motion must be denied and he should be warned that failure to comply with Judge Kuntz's Order may result in monetary sanctions.

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

/s/ Jamie S. Felsen

cc: Subi Mehmeti (via email: mehmetisubi2017@gmail.com)